UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JOSEPH P.[1], Plaintiff, | ) | |
| v. | ) | No. 1:25-cv-02273-RLY-TAB |
| FRANK BISIGNANO, Defendant. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Joseph P. suffers from autism spectrum disorder, attention deficit hyperactivity disorder, generalized anxiety disorder, major depressive disorder, and insomnia. An ALJ ruled that he was not disabled. The Appeals Council denied review, making the ALJ's decision the final decision of the Commissioner.

Plaintiff filed a request for judicial review of the final decision of the Commissioner of the Social Security Administration denying his request for Social Security Disability and Supplemental Security Income benefits. The court referred the matter to the Magistrate Judge, who recommends that the court affirm the Commissioner's decision. Plaintiff objects, claiming the ALJ failed to include all of his limitations in the residual functional capacity and failed to support his analysis of

[1] To protect the privacy interest of claimants for Social Security benefits, consistent with the recommendation of the Court Administration and Case Management Committee of the Administrative Office of the United States Courts, the Southern District of Indiana has opted to use only the first name and last initial of non-governmental parties in its Social Security judicial review opinions.

Plaintiff's daily activities, treatment, opinion evidence, or ability to perform other work with substantial evidence.

The court reviews objections to a magistrate judge's recommended disposition *de novo*. Fed. R. Civ. P. 72(b)(3). The court "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." *Id.*

The court, having thoroughly reviewed the Magistrate Judge's Report and Recommendation, the underlying briefs, Plaintiff's objections, the Commissioner's response, the designated evidence, and the applicable law, **OVERRULES** Plaintiff's objection (Dkt. 19) and **ADOPTS** the Report and Recommendation (Dkt. 18). The Commissioner's decision denying benefits is **AFFIRMED**. Judgment shall issue by separate order.

**IT IS SO ORDERED** this 8th day of September 2026.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.